The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST GROCERY ASSOCIATION, an Oregon non-profit organization, the WASHINGTON FOOD INDUSTRY ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SEATTLE, a charter municipality,<br><br>Defendant. | No. 2:21-cv-00142-JCC<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** |

This matter comes before the Court on Plaintiff Northwest Grocery Association and the Washington Food Industry (collectively, "Plaintiffs") Motion for a Preliminary Injunction. The Court has considered Plaintiffs' motion, supporting papers, Defendant City of Seattle's ("City") opposition, Plaintiff's reply, and any other papers and argument submitted by the parties.

Having found sufficient basis therefore, the Court GRANTS Plaintiffs' Motion for Preliminary Injunction and IT IS HEREBY ORDERED THAT:

1. The City, its officers, agents, and, employees are hereby enjoined and restrained, during the pendency of this action and pending further order of the Court, from implementing or enforcing any provision of the Hazard Pay for Grocery Employees Ordinance, such that obligations imposed on Plaintiffs' Members under the Ordinance are suspended unless and until this order is vacated or modified.

ORDER GRANTING PRELIMINARY INJUNCTION - 1
(2:21cv-00142-JCC)

1  2. Plaintiffs' shall not be required to post a bond.

2  SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

STOEL RIVES LLP

*/s/ Adam S. Belzberg*
Adam S. Belzberg, WSBA No. 41022
Vanessa Soriano Power, WSBA No. 30777
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Email:    adam.belzberg@stoel.com
          vanessa.power@stoel.com

William F. Tarantino, admitted pro hac vice
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Email: wtarantino@mofo.com

Tritia M. Murata, admitted pro hac vice
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
Telephone: (213) 892-5200
Email: tmurata@mofo.com

Attorneys for Plaintiffs

ORDER GRANTING PRELIMINARY INJUNCTION - 2
(2:21cv-00142-JCC)

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 11, 2021, I served a copy of:

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

City of Seattle
Monica Martinez Simmons, MMC
City Clerk
600 4th Ave., 3rd Floor
Seattle, Washington 98104
LAW_Service@seattle.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Chicago, Illinois, this 11th day of February, 2021.

| Kristin M. Marttila | /s/ Kristin M. Marttila |
|---|---|
| (typed) | (signature) |

ORDER GRANTING PRELIMINARY INJUNCTION - 3
(2:21cv-00142-JCC)