THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST GROCERY ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | CASE NO. C21-0142-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiffs recently moved for a preliminary injunction. (*See* Dkt. No.10.) In light of the urgency in addressing this matter, the parties are ORDERED to appear for a remote status conference at 10 a.m. on February 17, 2021. The parties are DIRECTED to contact the Courtroom Deputy Clerk for remote hearing information. Because this order is being issued before all parties have appeared, Plaintiffs' counsel is further DIRECTED to deliver a copy of this order to representatives for parties who have not yet appeared within one (1) day of receipt of this order.

//

//

DATED this 12th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk