THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST GROCERY ASSOCIATION, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF SEATTLE,<br><br>　　　　　　　　Defendant. | CASE NO. C21-0142-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court *sua sponte*. A remote hearing on Plaintiffs' motion for a preliminary injunction is scheduled for March 18, 2021 at 10 a.m. In preparation for this hearing, the parties are ORDERED to submit to the Court for its review, no later than March 15, 2021, proposed findings of fact and conclusions of law and a proposed form of injunctive relief, should the Court adopt the parties' respective proposals.

//
//
//
//

MINUTE ORDER
C21-0142-JCC
PAGE - 1

DATED this 17th day of February 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk