THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST GROCERY ASSOCIATION, an Oregon non-profit organization, the WASHINGTON FOOD INDUSTRY ASSOCIATION, a Washington non-profit corporation,<br><br>                  Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, a municipal corporation,<br><br>                  Defendant. | Case No. 2:21-cv-00142<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

**(PROPOSED) ORDER DENYING PLAINTIFFS' MOT. FOR PRELIM. INJUNCTION – Page 1 of 3**
*Northwest Grocery Association et al. v. City of Seattle* 2:21-cv-00142

City Attorney's Office
City of Seattle
701 Fifth Avenue, Suite 2050
Seattle, WA  98104-7095
(206) 256-5495

1   This matter having come before the Court on Plaintiffs' Motion for Preliminary
2   Injunction, and any other response or reply, including Defendant's Opposition to Plaintiffs'
3   Motion for Preliminary Injunction;
4       IT IS ORDERED that Plaintiffs' Motion for Preliminary Injunction is DENIED.

6   DATED this _____ day of _____, 2021.

By:_____
HON. JOHN C. COUGHENOUR
United States District Judge

**(PROPOSED) ORDER DENYING PLAINTIFFS' MOT. FOR PRELIM. INJUNCTION– Page 2 of 3**
*Northwest Grocery Association et al. v. City of Seattle* 2:21-cv-00142

City Attorney's Office
City of Seattle
701 Fifth Avenue, Suite 2050
Seattle, WA  98104-7095
(206) 256-5495

**PRESENTED BY**

CITY OF SEATTLE

PETER S. HOLMES
Seattle City Attorney

By ___*s/ Jeremiah Miller*_____

    Jeremiah Miller, WSBA # 40949
    Assistant City Attorney
    Phone: 206-256-5495
    Fax:  206-684-8284
    jeremiah.miller@seattle.gov

    Erica Franklin, WSBA #43477
    Assistant City Attorney
    Phone:  206-386-0083
    Fax:  206-684-8284
    erica.franklin@seattle.gov

    Derrick De Vera, WSBA #49954
    Assistant City Attorney
    Phone:  206-733-9309
    Fax:  206-684-8284
    derrick.devera@seattle.gov

    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104

*Attorneys for Defendant City of Seattle*

**(PROPOSED) ORDER DENYING PLAINTIFFS' MOT. FOR PRELIM. INJUNCTION– Page 3 of 3**
*Northwest Grocery Association et al. v. City of Seattle* 2:21-cv-00142

City Attorney's Office
City of Seattle
701 Fifth Avenue, Suite 2050
Seattle, WA  98104-7095
(206) 256-5495