THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST GROCERY ASSOCIATION, *et al.*,<br><br>                    Plaintiffs,<br>     v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | CASE NO. C21-0142-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to dismiss the complaint (Dkt. No. 23). The Court previously scheduled a remote hearing on Plaintiffs' motion for a preliminary injunction to take place at 10 a.m. on March 18, 2021. (Dkt. No. 22.) The parties should be prepared to also present at this hearing oral argument regarding Defendant's motion to dismiss.

DATED this 2nd day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk