The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NORTHWEST GROCERY ASSOCIATION, an Oregon non-profit organization, the WASHINGTON FOOD INDUSTRY ASSOCIATION, a Washington non-profit corporation,<br><br>                Plaintiffs,<br>v.<br><br>CITY OF SEATTLE, a charter municipality,<br><br>                Defendant. | Case No. 2:21-cv-00142-JCC<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>**NOTICE OF APPEAL** |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Northwest Grocery Association and Washington Food Industry Association appeal to the United States Court of Appeals for the Ninth Circuit from the district court's order denying plaintiffs' request for a preliminary injunction and granting defendant's motion to dismiss, ECF No. 32.

Pursuant to Ninth Circuit Rule 3-2 and Rule 12(b) of the Federal Rules of Appellate Procedure, plaintiffs are also filing a Representation Statement contemporaneously with this Notice of Appeal.

Dated: March 19, 2021

/s/ Adam S. Belzberg (ECF)
Adam S. Belzberg, WSBA No. 41022
Vanessa Soriano Power, WSBA No. 30777
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Email: adam.belzberg@stoel.com
vanessa.power@stoel.com

/s/ William F. Tarantino (ECF)
William F. Tarantino (Admitted Pro Hac Vice)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Email: wtarantino@mofo.com

Tritia M. Murata, admitted pro hac vice
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Email: tmurata@mofo.com

Attorneys for Plaintiffs