|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 7 2021<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NORTHWEST GROCERY ASSOCIATION, an Oregon non-profit organization; WASHINGTON FOOD INDUSTRY ASSOCIATION, a Washington non-profit organization,

    Plaintiffs-Appellants,

 v.

CITY OF SEATTLE, a charter municipality,

    Defendant-Appellee.

No.  21-35205

D.C. No. 2:21-cv-00142-JCC
Western District of Washington, Seattle

ORDER

The appellants' motion (Docket Entry No. 12) for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 08/16/2021/Pro Mo